Stacy H. Rubin, Esq.
State Bar No. 228347
BALLARD SPAHR LLP
One Summerlin
1980 Festival Plaza Drive
Suite 900
Las Vegas NV 89135-2958
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
Email: rubins@ballardspahr.com

*Attorneys for Treasure Island, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DEMESA, as an individual and on behalf of all others similarly situated.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TREASURE ISLAND, LLC,<br>　　　　Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION; UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)** |

TO:　THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; and

TO:　ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE, that Defendant Treasure Island, LLC ("Treasure Island"), by and through its counsel, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby timely removes this action originally filed in the Superior Court of the State of California, Sonoma County ("Sonoma County").

## PROCEDURAL BACKGROUND

1.　On July 31, 2018, Plaintiff Jessica DeMesa ("Plaintiff") commenced an action in the Superior Court of the State of California in and for the County of Sonoma, entitled Jessica DeMesa, as an individual and on behalf of all others similarly situated v. Treasure Island, LLC, as case number SCV-262904. (*See* Exhibit 1, Complaint and Summons.)

2. On or about August 1, 2018, Plaintiff served Treasure Island with the Summons and Complaint, as well as the Notice of Assignment and Notice of Case Management Conference ("Notice of Case Assignment"). (*See* Ex. 1; Exhibit 2, Proof of Service.)

3. To date, Treasure Island has not appeared in Sonoma County and is not aware of any other filings in Sonoma County.

4. No deadlines related to Treasure Island have passed or expired in state court.

5. Treasure Island is filing this Notice of Removal ("Notice") within thirty (30) days after service of original process on Treasure Island, and this removal is therefore timely under 28 U.S.C. § 1446(b).

6. There are no defendants in this action other than Treasure Island. Therefore, Treasure Island does not need the consent of any other party to remove to federal court.

7. Treasure Island removes this action to the Northern District of California, San Francisco/Oakland Division, pursuant to Local Rule 3-2(d) because this District Court and Division embraces the place in which the removed action has been pending, that is, Sonoma County.

## ORIGINAL SUBJECT MATTER JURISDICTION

8. In the Complaint, Plaintiff alleges claims on behalf of a putative class pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA").

9. This Court has original subject matter jurisdiction over Plaintiff's TCPA claim pursuant to 28 U.S.C. § 1331 because the claim arises under federal law.

10. By filing this Notice, Treasure Island does not waive any potential defense available upon removal including, but not limited to, challenging personal

jurisdiction, seeking to enforce an arbitration agreement, or seeking to transfer venue.

11. A true and correct copy of this Notice will also be filed on this same date with the Clerk of the Sonoma County Superior Court.

12. This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11, as required by 28 U.S.C. § 1446(a).

Dated: August 23, 2018

BALLARD SPAHR LLP

By: /s/ Stacy H. Rubin
Stacy H. Rubin, Esq.
State Bar No. 228347
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Telephone: (702) 471-7000

*Attorneys for Treasure Island, LLC*

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in Las Vegas, Nevada. My business address is 1980 Festival Plaza Drive, Suite 900, Las Vegas, Nevada 89135.

On August 23, 2018, I served true copies of the following document(s) described as: **NOTICE OF REMOVAL OF ACTION; UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)** on the interested parties in this action as follows:

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy
Marc L. Godino
Danielle L. Manning
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
E-mail: info@glancylaw.com

GREENSTONE LAW APC
Mark S. Greenstone
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
E-mail: mgreenstone@greenstonelaw.com

JAURIGUE LAW GROUP
Michael J. Jaurigue
Abigail Zelenski
David Zelenski
300 West Glenoaks Blvd., Suite 300
Glendale, CA 91202
michael@jlglawyers.com
abigail@jlglawyers.com
david@jlglawyers.com

**BY MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

**BY E-MAIL**: by attaching an electronic copy of the document(s) listed above to the e-mail address listed below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 23, 2018, at Las Vegas, Nevada.

/s/ Sarah H. Walton
Sarah H. Walton